**No. 09-934. Clayton L. Proctor, Jr., Individually and on Behalf of All Others Similarly Situated, Petitioner v. Local Government Employees' Retirement System, et al.**

559 U.S. 1008, 130 S. Ct. 1911, 176 L. Ed. 2d 367, 2010 U.S. LEXIS 2719.

March 22, 2010. Petition for writ of cer-

tiorari to the Supreme Court of North Carolina denied.

Same case below, 363 N.C. 656, 686 S.E.2d 675.